[No. 2577–2.   Division Two.   May 4, 1978.]

*In the Matter of the Guardianship and Estate of* LEW O. CALHOUN.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 20511, John W. Schumacher, J., entered September 17, 1976. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Pearson, C.J., and Petrie, J.

[No. 2709–2.   Division Two.   May 8, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLENE HERRERA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 48392, Donald H. Thompson, J., entered December 2, 1976. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Reed and Soule, JJ.

[No. 5129–1.   Division One.   May 8, 1978.]

PAUL NORTON, *Appellant,* v. THE COUNTY OF KING, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 805750, Horton Smith, J., entered October 1, 1976. *Affirmed* by unpublished per curiam opinion.